LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2021

Hon. Katharine Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007
**Filed via ECF**

**APPLICATION DENIED**

/s/ Katharine H. Parker
KATHARINE H. PARKER
United States Magistrate Judge
**05/25/2021**

May 25, 2021

RE: **Nile Medford vs. Bobby Van's Restaurant, Inc. et. al.**
Docket No. 1:20-cv-10725-PAE-KP(Adjournment Request)

Dear Judge Parker:

The Plaintiff writes to the Court to request an adjournment of the Initial Conference currently scheduled for May 26, 2021 as Defendants have not yet appeared in this action. This request is made with Defendants' consent and is the first request to adjourn the conference. Plaintiff understands that this request is not a timely request, and apologizes to the Court for the untimeliness. Plaintiff requests a rescheduling of the conference to June 21, 2021 and June 28, 2021.

I thank the Court for its attention to this matter.

Respectfully,

_____/S/_____
Lawrence Spasojevich, Esq.
*Attorney for Plaintiff*