UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NILE MEDFORD,

                                                                CASE NO.
                                                                1:20-cv-10725-PAE

                         Plaintiff,       **JUDGMENT ENTERED**
                                                                 **UNDER RULE 68**

-against-

BOBBY VAN'S RESTAURANT, INC.,
JJJ & R RESTAURANT, INC.,
and RICHARD PASSERELLI,

                                                                  ECF Case,

                          Defendants.

---

      WHEREAS on June 16, 2021, Defendants, BOBBY VAN'S RESTAURANT, INC., JJJ & R RESTAURANT, INC., and RICHARD PASSERELLI, presented Plaintiff, NILE MEDFORD, with an Offer Of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of $20,000.00, not inclusive of attorneys' fees and costs.

      WHEREAS on June 16, 2021, Plaintiff, NILE MEDFORD, accepted Defendant's Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

      WHEREAS, on July 21, 2021, the Parties agreed to resolve any outstanding claim for attorney's fees and costs for the following amounts: $4,560.00 in attorneys' fees and $658.50 in costs.

      WHEREAS, on July 23, 2021, Plaintiff, NILE MEDFORD, filed a Notice of Acceptance of an Offer of Judgment made by Defendants BOBBY VAN'S RESTAURANT, INC., JJJ & R RESTAURANT, INC., and RICHARD PASSERELLI pursuant to Federal Rules of Civil Procedure 68 in the amount of $20,000.00, not including attorney's fees and costs.

Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure, IT IS ADJUDGED that:

1. Plaintiff, NILE MEDFORD, have judgment against Defendants in the sum of $25,218.50.

2. Payment shall be made within thirty (30) days of the entry of this Judgment to "Nile Medford," in the gross amount of TEN THOUSAND DOLLARS AND ZERO CENTS ($10,000.00) less normal tax deduction and withholding and sent to Aidala, Bertuna & Kamins, P.C., Attn: Lawrence Spasojevich, 546 5th Avenue, 6th Floor, New York, New York 10036.

3. Payment shall be made within thirty (30) days of the entry of this Judgment to "Aidala, Bertuna & Kamins, P.C. as Attorneys for Mr. Medford" in the amount of FIFTEEN THOUSAND TWO HUNDRED EIGHTEEN DOLLARS AND FIFTY CENTS ($15,218.50) and sent to Aidala, Bertuna & Kamins, P.C., Attn: Lawrence Spasojevich, 546 5th Avenue, 6th Floor, New York, New York 10036.

Dated: July 26, 2021

SO ORDERED

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge